# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Brent L. Bowers,                 :
           Petitioner       :
                               :
         v.                 :
                               :
Unemployment Compensation    :
Board of Review,                 :     No. 798 C.D. 2016
           Respondent    :

## O R D E R

AND NOW, this 20th day of June, 2017, it is ORDERED that the above-captioned opinion filed April 4, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge